IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| ROSARIO GRANDE,<br><br>    Plaintiff,<br><br>v.<br><br>SEAN MARQUIS AND BRUCE &<br>MERRILEES ELECTRIC COMPANY, INC.,<br><br>    Defendants | Case No. 1:22-cv-1144 |

## NOTICE OF REMOVAL

Defendant, Bruce and Merrilees Electric Company ("Bruce and Merrilees"), by and through its undersigned counsel, hereby gives notice of removal of the above action from the Circuit Court for Prince George's County, Maryland ("Circuit Court"), to the United States District Court for the District of Maryland, pursuant to 29 U.S.C. §§ 1332(a), 1441 and 1446. As set forth below, this Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332. All requirements for the removal of this action are met through the allegations contained in the pleadings filed in this Circuit Court and in this Notice of Removal.

In support of this Notice of Removal, Bruce and Merrilees states as follows:

1.      There is pending in the Circuit Court for Prince George's County, Maryland, a Complaint styled *Rosario Grande v. Sean Marquis, et al.*, Case No. CAL22-07525 (the "State Court Action"). The Complaint in the State Court Action was filed on or about March 28, 2022. A copy of the Complaint is attached hereto as Exhibit A.

2.      Bruce and Merrilees was served with the summons and complaint in the State Court Action on April 21, 2022 via certified mail. Upon information and belief, and based upon the lack

1

of an affidavit of service on the docket related to co-defendant Sean Marquis, co-defendant Marquis has not yet been served with the summons and complaint in the State Court Action.

3. This Notice of Removal is filed within thirty (30) days of the date on which Defendant first received a copy of the Complaint and is therefore timely under 28 U.S.C. § 1446(b),

4. The State Court Action is properly removed under 28 U.S.C. § 1441(a) because the State Court Action is subject to the original jurisdiction of the Court pursuant to 28 U.S.C. § 1332, as explained below.

5. Plaintiff is a resident of Maryland. *See* Exhibit A, caption.

6. Bruce and Merrilees is a corporation organized and existing under the laws of the State of Pennsylvania with its principal place of business in Pennsylvania. *See* SDAT printout, attached as Exhibit B.

7. Co-defendant Sean Marquis is a resident of the State of Pennsylvania. *See* Ex. A, caption.

8. Plaintiff's Complaint seeks compensatory damages in an amount in excess of $75,000. *See* Exhibit A, p. 4-5.

9. This action is properly removed on grounds of diversity of citizenship between (a) complete diversity of citizenship exists between Plaintiff and all named defendants and (b) the amount in controversy herein exceeds the sum or value of $75,000.

10. Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and the Clerk of the Circuit Court for Prince George's County, Maryland, as required by 28 U.S.C. § 1446(d).

11. Filed herewith is a copy of all documents served on Bruce and Merrilees in the State Court Action.

WHEREFORE, Defendant Bruce and Merrilees Electric Company respectfully requests that this case proceed before this Court as an action properly removed.

          Respectfully submitted,

          */s/   Sandra T. Carson*
          Sandra T. Carson (Bar No. 24699)
          1447 York Road
          Suite 610
          Lutherville, MD  21093
          P:  410-583-8081
          F:  410-821-1608
          scarson@defensecounsel.com
          **Attorneys for Defendant**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of May, 2022, the foregoing Notice of Removal was filed and served via the court's CM/ECF system on:

Howard W. Simcox, Jr.
SUSSMAN & SIMCOX, CHTD.
301 Inspiration Lane, Suite 100
Gaithersburg, MD 20787-5817
Sussmansimcox@aol.com
**Attorneys for Plaintiff**

          */s/ Sandra T. Carson*
          Sandra T. Carson (Bar No. 24699)