IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| ROSARIO GRANDE<br>12502 Timber Hollow Pl.<br>Germantown, MD 20874<br><br>       Plaintiff,<br><br>v.<br><br>SEAN M. MARQUIS<br>11671 Hades Church Rd.<br>Greencastle, PA 17725<br><br>   and<br><br>Bruce & Merrilees Elec. Co., Inc.<br><u>Serve on</u>:<br>Nat'l Registered Agents of MD<br>2405 York Road, Suite 201<br>Lutherville, MD 21093-2264<br><br>       Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * Civil Case No: CAL22-07525 <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## COMPLAINT

Now comes Plaintiff Rosario Grande, by her attorney, Howard W. Simcox, Jr., and sues Defendants Sean M. Marquis and Bruce & Merrilees Electric Company, Inc., and as reasons therefore states:

1. On or about June 3, 2019, Plaintiff Rosario Grande was operating a passenger vehicle proceeding eastbound on I-495 in Prince George's County, Maryland.

2. At the same time and place, Defendant Sean M. Marquis was operating a motor vehicle eastbound on I-495 one lane to the left of Plaintiff Grande.

3. At all times relevant to this incident, Defendant Sean M. Marquis was operating a vehicle owned by Defendant Bruce & Merrilees Electric Company, Inc. and was then employed by, and

**EXHIBIT A**

acting as the agent and for the benefit of Defendant Bruce & Merrilees Electric Company, Inc.

4. Defendant Marquis then negligently left his travel lane and entered the lane occupied by Plaintiff's vehicle, striking that vehicle, dragging the vehicle, and ultimately spinning it sideways across the travel lanes of the busy highway. During this sequence of events, Plaintiff Grande sustained injury, and her car was destroyed.

5. At all times herein mentioned, Plaintiff Rosario Grande was operating her vehicle in a safe and lawful manner and was not contributorily negligent.

6. As a direct and proximate result of the negligence of Defendant Sean M. Marquis, Plaintiff Rosario Grande has suffered and will continue to suffer in the future, physical injuries and mental anguish. Plaintiff Grande has expended and will continue to expend in the future, sums of money for medical care and treatment, medicines, physical therapy, and other medical-related attention. Plaintiff Grande has lost wages and suffered other damages. All the above damages were directly and proximately caused by the aforementioned negligence of Defendant Sean M. Marquis, and were incurred without contributory negligence on the part of Plaintiff Grande, or an opportunity for the Plaintiff to avoid the accident.

### COUNT 1

7. It was then and there the duty of Defendant Sean M. Marquis to use due care to watch where he was driving, to maintain a proper lookout, to obey the traffic laws and rules of the road of the State of Maryland, to ensure that the way was clear before

**EXHIBIT A**

attempting to change lanes, to avoid traffic in plain view in adjacent lanes, and to control his vehicle in order to avoid a collision.

8. Defendant Sean M. Marquis, at all times relevant to the Plaintiff's Complaint, then and there breached that duty of due care by failing to watch where he was driving, failing to maintain a proper lookout, failing to obey traffic laws and rules of the State of Maryland, failing to ensure that the way was clear before attempting to change lanes, failing to avoid traffic in plain view in adjacent lanes, and failing to control his vehicle so as to avoid an accident. As a result, Plaintiff Grande sustained the injuries and losses described herein.

### Count 2

9. Plaintiff incorporates all preceding paragraphs into this Count by reference as though fully stated herein.

10. At all times relevant to this incident, Defendant Sean M. Marquis was operating a vehicle owned by Defendant Bruce & Merrilees Electric Company, Inc. which has offices and business equipment located in the State of Maryland, and which conducts regular business in the State of Maryland. Defendant Sean M. Marquis was then employed by, and acting as the agent of and for the benefit of Defendant Bruce & Merrilees Electric Company, Inc.

11. Under principles of agency and respondeat superior, Defendant Bruce & Merrilees Electric Company, Inc., is legally responsible for all damages and losses negligently caused by Defendant Sean M. Marquis.

**EXHIBIT A**

### Count 3

12. Plaintiff incorporates all preceding paragraphs into this Count by reference as though fully stated herein.

13. Defendant Bruce & Merrilees Electric Company, Inc. had a duty to use reasonable care in the screening, hiring, training, and supervision of its employees and/or agents.

14. Defendant Bruce & Merrilees Electric Company, Inc. breached its duty of care by negligently failing to properly screen, hire, train, and/or supervise its employees. Prior to the subject accident, Defendant Bruce & Merrilees Electric Company, Inc. knew or had reason to know that Defendant Sean M. Marquis was not adequately trained and not lawfully tested and credentialed in the operation of the large dump truck he was driving at the time of the subject collision.

15. Defendant Bruce & Merrilees Electric Company, Inc. failed to provide adequate supervision and control of its agents, employees, and vehicular equipment, such that Defendant Marquis was allowed access to, and did access, a vehicle that he was not licensed to operate in a safe manner, putting all motorists using public roadways at risk of collision.

16. As a result of Defendant Bruce & Merrilees Electric Company, Inc.'s negligence, the Plaintiff has suffered and likely will suffer in the future physical and emotional injuries, and has sustained medical expenses, lost wages and other damages.

WHEREFORE, Plaintiff Rosario Grande demands judgment against Defendants Sean M. Marquis and Bruce & Merrilees Electric Company,

**EXHIBIT A**

Inc. in an amount in excess of SEVENTY FIVE THOUSAND DOLLARS, jointly and severally, plus costs.

Respectfully submitted,

_____
Howard W. Simcox, Jr., Esq.
SUSSMAN & SIMCOX, CHARTERED
301 Inspiration Lane, Suite 100
Gaithersburg, MD 20878-5817
Sussmansimcox@aol.com
Tel: (301) 840-0404
Fax: (301 840-0454
CPF No. 8501010576
Attorney for Plaintiff

**EXHIBIT A**

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

```
ROSARIO GRANDE                      *
12502 Timber Hollow Pl.             *
Germantown, MD 20874                *
                                    *
            Plaintiff,              *
                                    *
v.                                  *  Civil Case No:
                                    *
SEAN M. MARQUIS                     *
11671 Hades Church Rd.              *
Greencastle, PA 17725               *
                                    *
      and                           *
                                    *
BRUCE & MERRILESS ELEC. CO., INC.   *
Serve on:                           *
Nat'l Registered Agents of MD       *
2405 York Road, Suite 201           *
Lutherville, MD 21093-2264          *
                                    *
            Defendants.             *
                                    *
```

## DEMAND FOR JURY TRIAL

The Plaintiff requests a trial by jury as to all issues in this case.

Respectfully submitted,

*[signature]*

Howard W. Simcox, Jr., Esq.
SUSSMAN & SIMCOX, CHARTERED
301 Inspiration Lane, Suite 100
Gaithersburg, MD 20878-5817
Sussmansimcox@aol.com
Tel: (301) 840-0404
Fax: (301 840-0454
CPF No. 8501010576
Attorney for Plaintiff

**EXHIBIT A**